| |
|---|
| USDC-SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: <br> DATE FILED: 3/8/2023 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

F.T., *on behalf of her minor child, Z.R.*,

                     Plaintiff,

              v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

                    Defendant.

No. 23-cv-1723 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq.* The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:   March 8, 2023
             New York, New York

                                        Hon. Ronnie Abrams
                                        United States District Judge